UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SETH BURGETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON HELLICKSON, SUSAN HELLICKSON, )<br>AND DOES 1-100, )<br>)<br>Defendants. ) | Case No. 4:16-cv-00622-AGF |

### DEFENDANTS' MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER JURISDICTION
### OR, ALTERNATIVELY, TO STAY THESE PROCEEDINGS

**COME NOW** Defendants Jason Hellickson and Susan Hellickson (the "Hellicksons"), pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3) and 12(h)(3), and move to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction or, alternatively, to stay these proceedings. As set forth more fully in the attached Memorandum, which is supported by the Affidavit of Jason Hellickson, Plaintiff has not and cannot plead sufficient facts to establish diversity jurisdiction. Regardless, under the *Colorado River* abstention doctrine, these proceedings should be stayed while parallel proceedings in Iowa are completed. Accordingly, the Hellicksons respectfully request that this Court dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, or alternatively, stay this action during the pendency of the Iowa proceedings, and for such other relief as the Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:    /s/ Edwin C. Ernst, IV
      Edwin C. Ernst, IV, #57521MO
      120 South Central Avenue, Suite 1800
      St. Louis, Missouri 63105
      (314) 854-8600 Telephone
      (314) 854-8660 Facsimile
      ece@carmodymacdonald.com

      BROWN, WINICK, GRAVES, GROSS,
      BASKERVILLE AND SCHOENEBAUM,
      P.L.C.
      Sean Moore *(pro hac pending)*
      666 Grand Avenue, Suite 2000
      Des Moines, IA 50309-2510
      Telephone:  515-242-2400
      Facsimile:  515-283-0231
      E-mail:  moore@brownwinick.com

      Attorneys for Defendants,
      Jason Hellickson and Susan Hellickson

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of July, 2016, the foregoing was filed with the Clerk of Court electronically, to be served by operation of the Court's electronic filing system upon all parties of record.

    James F. Bennett
    Megan S. Heinsz
    Dowd Bennet LLP
    7733 Forsyth Blvd.
    Suite 1900
    St. Louis, MO 63105
    jbennett@dowdbennett.com
    mheinsz@dowdbennett.com

    Attorneys for Plaintiff
    Seth Burgett

                                        /s/ Edwin C. Ernst, IV